

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ken Paxton, Attorney General of the State of Texas, Appellant

No. 06-18-00095-CV     v.

City of Dallas, Appellee

Appeal from the 53rd District Court of Travis County, Texas (Tr. Ct. No. D-1-GV-11-001419). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

     As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

     We further order that the appellant, Ken Paxton, Attorney General of the State of Texas, pay all costs of this appeal.

RENDERED MAY 15, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk